IT IS SO ORDERED:

_____
David N. Hurd
United States District Judge

Dated: January 19, 2018
Utica, NY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JUSTIN ORDEN,

                 Plaintiff,

v.

CORNELL UNIVERSITY, BRANDON FRISBIE, Individually and as an Employee of Cornell University, JOHN DOE I, Individually, and as an Employee of Cornell University, and "JOHN DOES" and "JANE DOES", presently unnamed and unknown individual,

                 Defendants.

**STIPULATION OF DISMISSAL**

Civil Action No.
5:16-cv-00975 (DNH/DEP)

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys for all parties to the above-entitled action, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above-entitled action, including all claims by any party against any other party, be and the same hereby are discontinued and dismissed, with prejudice, and without costs, attorney's fees or litigation expenses to any party as against any other party.

Dated: January 16, 2018

_____
VALERIE CROSS DORN (505158)
JARED PITTMAN (518095)
Attorneys for Defendants
300 CCC Building, 235 Garden Avenue
Cornell University
Ithaca, New York 14853

/s/ Stewart L. Orden
STEWART ORDEN (303251)
Attorney for Plaintiff
2 Overhill Road, Suite 400
Scarsdale, New York 10583